UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE RAE BRUCE, | ) | Case No. CV 05-867 GAF(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW C. KRAMER, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 27, 2010

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE